UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



SHEILA K. SMITH

VERSUS

ENDIUS, INC.

CIVIL ACTION

NO. 06-905-A

## JUDGMENT

For written reasons assigned and filed herein on April 7, 2008 (doc. 31);

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of the defendant, Endius, Inc. and against plaintiff, Shelia K. Smith, and this action is hereby DISMISSED with prejudice.

Baton Rouge, Louisiana, April 16, 2008.

_____
JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA